UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Francisco SALINAS,
Defendant–Appellant.

No. 03–50599
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Juan Francisco Salinas, Crystal City, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Walter M. Reaves, Jr., appointed to represent Juan Francisco Salinas on direct appeal, has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salinas has received a copy of counsel's motion and brief, but he has not filed a response. Based on our review of the brief filed by counsel and of the record, we conclude that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ther responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.